IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 08-cv-00683-LTB

UNITED FOOD & COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL NO. 7,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER having come before the Court on the Stipulation of Dismissal, Doc. No. 20, filed May 7, 2009, and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

    Dated this 8th day of May 2009.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge